UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ANGEL SIFUENTES III,
Plaintiff,

V.

CHANGE HEATHCARE,
Defendant.
_____/

CASE NO.

HON.

DEMAND FOR JURY TRIAL

**FILED - GR**
August 20, 2024 1:23 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED B  KB 8/21

**1:24-cv-850**
Robert J. Jonker
U.S. District Judge

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

### INTRODUCTION

1. This is an action for damages and injunctive relief arising from a data breach that compromised the personal and sensitive information of the Plaintiff, [Your Name], due to the negligence and failure of Change Healthcare ("CHC") to adequately protect its computer systems.

### PARTIES

2. Plaintiff, David Angel Sifuentes III, is a resident of Grand Rapids, MI.

3. Defendant, Change Healthcare, is a corporation with its principal place of business in 3055 Lebanon Pike, Suite 1000, Nashville, Tennessee 37214.

### JURISDICTION AND VENUE

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 (diversity jurisdiction) as the amount in controversy exceeds $75,000 and the parties are citizens of different states.

5. Venue is proper in this district under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in this district.

### FACTUAL ALLEGATIONS

6. On February 21, 2024, CHC discovered unauthorized activity in its computer system.

7. CHC took immediate steps to halt the activity, including initiating an investigation, hiring a specialized team, and contacting law enforcement. See (Exhibit A).

8. On March 7, 2024, CHC confirmed that a cybercriminal had accessed and copied data from its system between February 17, 2024, and February 20, 2024.

9. The compromised data included Plaintiff's personal information such as contact details, health insurance data, health data, billing and payment information, and other personal identifiers.

10. CHC notified its clients about the breach on June 20, 2024.

## CAUSES OF ACTION

### Count I: Negligence

11. Plaintiff incorporates by reference all preceding paragraphs.

12. CHC owed a duty to Plaintiff to exercise reasonable care in protecting their personal information.

13. CHC breached this duty by failing to implement adequate security measures.
14. As a direct and proximate result of CHC's negligence, Plaintiff has suffered damages.

### Count II: Breach of Implied Contract

15. Plaintiff incorporates by reference all preceding paragraphs.

16. By providing their personal information to CHC, Plaintiff entered into an implied contract with CHC, obligating CHC to protect that information.

17. CHC breached this implied contract by failing to safeguard Plaintiff's data.

18. As a result, Plaintiff has suffered damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:
1. For damages in the amount of $250,000;
2. For injunctive relief requiring Defendant to implement and maintain adequate security measures to protect personal information;
3. For such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

By: _____/s/_____
Plaintiff In Pro Se
David Angel Sifuentes III
439 More St. NE
Unit 2
Grand Rapids, MI 49503
(616)283-5215
davidsifuentes61@yahoo.com

DATED: August 20, 2024

3